JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| ANTHONY RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BOP, et al.,<br><br>　　　　　Respondent. | Case No. 5:24-cv-01495-KK-SP<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 14, 2025

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE